UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Reyes - Garcia<br><br>　　　　　Defendant(s) | CRIMINAL NO. 08MJ0815<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Anthony J. Battaglia

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Maria Elisa Moreira-Martinez

DATED: 03/24/08

_Anthony J. Battaglia_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _Michelle_____
　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95
☆ U.S. GPO: 2003-581-774/70062