```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ CAROLINE P. HAN
   │ Assistant United States Attorney
 3 │ California State Bar No. 250301
   │ United States Attorney's Office
 4 │ Federal Office Building
   │ 880 Front Street, Room 6293
 5 │ San Diego, California 92101
   │ Telephone: (619) 557-5220
 6 │
   │ Attorneys for Plaintiff
 7 │ UNITED STATES OF AMERICA
```

**FILED**
**MAR 27 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08CR0939-WQH

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ0815 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| FRANCISCO REYES-GARCIA, | ) | |
| Defendant. | ) | |
| | ) | **(Pre-Indictment Fast-Track Program)** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline P. Han, Assistant United States Attorney, and defendant FRANCISCO REYES-GARCIA, by and through and with the advice and consent of defense counsel, Oliver P. Cleary, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Inducing and Encouraging Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv) and (v)(II).

//

//

CPH:es:3/17/08

3/24/08 - MW on Bond

1   2.   Defendant acknowledges receipt of a plea agreement in this case and agrees to
2  provide the signed, original plea agreement to the Government not later than five business days
3  before the disposition date set by the Court.

4   3.   Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or
5  before **April 14, 2008**

6   4.   The material witness, Maria Elisa Moreira-Martinez, in this case:

7       a.   Is an alien with no lawful right to enter or remain in the United States;

8       b.   Was induced or encouraged by defendant to enter the United States in
9  violation of the law on or about March 13, 2008;

10      c.   Was found in a vehicle driven by defendant at the San Ysidro, California Port
11 of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an
12 alien with no lawful right to enter or remain in the United States;

13      d.   Was having others pay on her behalf $4,000 to others to be brought into the
14 United States illegally and/or transported illegally to her destination therein; and,

15      e.   May be released and remanded immediately to the Department of Homeland
16 Security for return to her country of origin.

17  5.   After the material witnesses are ordered released by the Court pursuant to this
18 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any
19 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any
20 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral
21 attack, that:

22      a.   The stipulated facts set forth in paragraph 4 above shall be admitted as
23 substantive evidence;

24      b.   The United States may elicit hearsay testimony from arresting agents
25 regarding any statements made by the material witness(es) provided in discovery, and such
26 testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements
27 against interest of (an) unavailable witness(es); and,

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Francisco Reyes-Garcia                    2                         08MJ0815

1      c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

    6.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to her country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 3/27/08

_____
CAROLINE P. HAN
Assistant United States Attorney

Dated: 3/19/08

_____
OLIVER P. CLEARY
Defense Counsel for Reyes-Garcia

Dated: 3/19/08

_____
FRANCISCO REYES-GARCIA
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Francisco Reyes-Garcia     3     08MJ0815

1  **O R D E R**

2  Upon joint application and motion of the parties, and for good cause shown,

3  **THE STIPULATION** is admitted into evidence, and,

4  **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to her country of origin.

6  SO ORDERED.

7  Dated: 3/27/08.

_____
United States Magistrate Judge

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Francisco Reyes-Garcia                    4                              08MJ0815