FILED
MAR 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO REYES-GARCIA,<br><br>        Defendant. | Criminal Case No. 08CR0939-WQH<br><br><u>I N F O R M A T I O N</u><br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(iv) and<br>(v)(II) - Inducing and Encouraging<br>Illegal Aliens to Enter the United<br>States and Aiding and Abetting |

The United States Attorney charges:

On or about March 13, 2008, within the Southern District of California, defendant FRANCISCO REYES-GARCIA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Maria Elisa Moreira-Martinez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: March 27, 2008.

                          KAREN P. HEWITT
                          United States Attorney

                          CAROLINE P. HAN
                          Assistant U.S. Attorney

CPH:es:San Diego
3/17/08